MOE ZAGER, TRADING AS DELAWARE GARAGE, PLAIN-
TIFF-RESPONDENT, v. ALFRED ADAMS, JR., DEFEND-
ANT-APPELLANT.

Submitted October term, 1930—Decided April 16, 1931.

Before Justice CASE, DALY and DONGES.

For the plaintiff-respondent, *Cole & Cole.*

For the defendant-appellant, *William I. Garrison.*

PER CURIAM.

The plaintiff-respondent brought suit in the Atlantic City
District Court on two counts, one for the price of goods sold
and delivered on a book account and the other for the value
of labor performed and materials furnished at the request
of the defendant-appellant. The cause was tried by the Dis-
trict Court without a jury. After the evidence was closed
and the matter submitted to the court, judgment was ren-
dered by the court in favor of the plaintiff and against the
defendant for the sum of $429.24 damages and $25.06 costs.

The defendant appealed, specifying five alleged errors.
However, the record is devoid of anything upon which these
alleged errors may be grounded. There were no objections
noted, no requests for findings either of law or of fact, and
therefore nothing to review. *Wayne Contracting Co.* v. *Allen-
dale,* 88 *N. J. L.* 397. When a case is tried by the District

Court, without a jury, its findings on the blended law and facts cannot be reviewed on appeal unless raised by a request to find, the denial of which may constitute a determination in point of law that is reviewable upon appeal. *George W. Edwards Co.* v. *Excelsior Drum Works*, 88 *Id.* 189.

The judgment below will be affirmed, with costs.